THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Pamela Youttee Norris,       
Appellant.
 
 
 

Appeal From Anderson County
J. C. Buddy Nicholson, Jr., Circuit 
 Court Judge

Unpublished Opinion No. 2003-UP-215
Submitted January 29, 2003 - Filed March 
 19, 2003

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia; 
 for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel 
 Tommy Evans, Jr., Legal Counsel J. Benjamin Aplin, of Columbia; for Respondent.
 
 
 

PER CURIAM: Pamela Youttee Norris was convicted 
 of criminal conspiracy.  She was sentenced to five years imprisonment, suspended 
 upon the service of two years probation.  Norris appeals the trial courts decision 
 to revoke her probation based, in part, on a failure to pay fees.  Appellate 
 counsel has filed a final brief and a petition to be relieved.  Norris filed 
 a pro se response brief.
After a thorough review of the record on appeal 
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we grant counsels petition 
 and dismiss the appeal.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY, and SHULER, JJ., concur.